IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00542-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JOSE RIVAS,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE ONLY AS TO
DEFENDANT JOSE RIVAS**

---

This matter is before the Court on the **United States' Motion for Preliminary Order of Forfeiture Only as to Defendant Jose Rivas** [#388] filed July 7, 2011. The Court having read said Motion and being fully advised in the premises finds:

THAT the United States and defendant entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853; and

THAT prior to the disposition of the assets made the subject of the forfeiture, the United States is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. § 853(n).

**THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED** as follows:

THAT the **United States' Motion for Preliminary Order of Forfeiture Only as to Defendant Jose Rivas** [#388] filed July 7, 2011, is granted;

THAT defendant's interest in the following property is forfeited to the United States

in accordance with the plea agreement of the parties and the provisions of 21 U.S.C. § 853:

    a.    2007 Jeep Commander, VIN 1J8HG48K47C607581; and

    b.    2008 Chrysler 300, VIN 2C3KA53G68H187767;

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the above-described property must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed; and

THAT on adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

SO ORDERED July 15, 2011.

        **BY THE COURT:**

        *Bob Blackburn*
        Robert E. Blackburn
        United States District Judge